■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEBORAH GRODI, Appellant. [823 NYS2d 717]—Appeal from a judgment of the Supreme Court, Onondaga County (John J. Brunetti, A.J.), rendered June 18, 2004. The judgment convicted defendant, upon a jury verdict, of criminal sale of a controlled substance in the third degree (two counts) and criminal possession of a controlled substance in the third degree (two counts).

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting her upon a jury verdict of two counts of criminal sale of a controlled substance in the third degree (Penal Law § 220.39 [1]) and two counts of criminal possession of a controlled substance in the third degree (§ 220.16 [1]). Contrary to defendant's contention, the verdict is not against the weight of the evidence (*see generally People v Bleakley*, 69 NY2d 490, 495 [1987]). Defendant failed to preserve her remaining contentions for our review (*see* CPL 470.05 [2]) and, in any event, those contentions are without merit. Present—Hurlbutt, A.P.J., Scudder, Gorski and Smith, JJ.